No. 94–5818.  SIERRA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–5828.  TUCKER *v.* ESSEX COUNTY JAIL ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–5836.  MARIN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 94–5838.  LEKAN *v.* AMERICAN ENERGY SERVICES, INC. C. A. 6th Cir.  Certiorari denied.

No. 94–5839.  LOMPREZ *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 94–5840.  MANCINI *v.* OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS.  Sup. Ct. Ohio.  Certiorari denied.

No. 94–5841.  MITCHELL *v.* ZENT, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 94–5842.  RATHER *v.* PRICE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 94–5844.  ODIAGA *v.* IDAHO.  Sup. Ct. Idaho.  Certiorari denied.

No. 94–5848.  BARTLETT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–5850.  JOSEPH *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–5852.  GRIFFITH *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 94–5870.  AULTMAN *v.* LARKINS, DEPUTY WARDEN, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 94–5872.  ALLEN *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 94–5881.  HIGHTOWER *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 94–5882.  HARRIS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.